CONGREGATION ANSHE SEFARD OF KEAP STREET, INC., Appellant, *v.* TITLE GUARANTEE & TRUST COMPANY, Respondent.

Submitted October 4, 1943; decided October 14, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 291 N. Y. 35.)

THOMAS BUONO, Appellant, *v.* STEWART MOTOR TRUCKS, INC., Respondent.

Submitted October 4, 1943; decided October 14, 1943.

*Arthur K. Wing* for motion.
*Joseph M. Schwartz* for appellant.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless the appellant, on or before October 25, 1943, serves and files an undertaking and the case on appeal, in which event the motion is denied.